**STATE of Missouri, Respondent,**

v.

**Anthony LYTLE, Appellant.**

**No. WD 36431.**

Missouri Court of Appeals,
Western District.

Jan. 20, 1987.

L. Patrick O'Brien, Kansas City, for appellant.

William L. Webster, Atty. Gen., Christine M. Szaj, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., CLARK, C.J., and TURNAGE, J.

## ORDER

PER CURIAM:

Anthony Lytle appeals from his convictions for first degree murder, § 565.003, RSMo 1978; Armed Criminal Action, § 571.015, RSMo 1978; and First Degree Robbery, § 569.020, RSMo 1978.

Affirmed. Rule 30.25(b).